JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO MOULIC, JR., | ) | Case No. CV 14-6426-ODW (KK) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| Respondent. | ) | |

    Pursuant to the Memorandum and Order Denying the Petition for Writ of Habeas Corpus and Summarily Dismissing Action,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 19, 2014

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1